UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| VIRGINIA S. GASTON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> COMMISSIONER OF SOCIAL ) <br> SECURITY, ) <br> ) <br> Defendant. ) | CAUSE NO.: 3:09-CV-358-TLS |

## ORDER

This matter is before the Court on the Report and Recommendation [DE 21] of United States Magistrate Judge Christopher A. Nuechterlein, which was filed on April 21, 2010. In his Report and Recommendation, Judge Nuechterlein recommends that the Plaintiff's request for remand be denied because the determination of the Administrative Law Judge (ALJ) that the Plaintiff was not credible was supported by substantial evidence, because the ALJ's decision to discount the opinion of Dr. Charles Lyons was reasonable, because the ALJ's consideration of the Plaintiff's residual functional capacity was supported by substantial evidence and sufficiently articulated, and because the ALJ's step four determination that the Plaintiff could perform past relevant work as an office worker, even if inaccurately based on the Plaintiff's work at Timberland, amounts to no more than harmless error.

This Court's review of a magistrate's report and recommendation is governed by 28 U.S.C. § 636(b)(1), which provides in part:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate. The judge may also receive further evidence or recommit the matter to the magistrate with instructions.

The statute permits objections to the magistrate's report and recommendations to be made within fourteen days of service of a copy of the report. *Id.*; *see also* Fed. R. Civ. P. 72(b) (setting forth procedures for objecting to a magistrate's report and recommendation and the district court's resolution of any objections).

As of the date of this Order, no objection to the Report and Recommendation has been filed, and the time for making objections has now passed. Having reviewed the Report and Recommendations prepared by Judge Nuechterlein, the Court ADOPTS the Report and Recommendations [DE 21] in its entirety and ACCEPTS the recommended disposition. The Commissioner's decision is AFFIRMED. The Clerk of this Court is DIRECTED to ENTER JUDGMENT in favor of the Defendant and against the Plaintiff.

SO ORDERED on May 12, 2010.

 s/ Theresa L. Springmann
THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT